IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02031-ZLW

ERIC LYNN SOEKEN,

        Petitioner,

v.

STATE OF COLORADO,
AL ESTEP, Warden Fremont Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

        Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

        This Court, in the above entitled proceedings, has rendered an Order denying petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that petitioner is entitled to no relief. The reasons stated in the Order Of Dismissal filed November 8, 2007, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

ORDERED that no certificate of appealability will issue.

DATED at Denver, Colorado this   11   day of   December , 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
 United States District Court